# Notice Recipients

District/Off: 0971–4     User: admin     Date Created: 10/02/2025
Case: 25–41825     Form ID: 13PP23     Total: 2

**Recipients of Notice of Electronic Filing:**
tr     Martha G. Bronitsky     13trustee@oak13.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Mharla Simmons     5632 Weaver Pl     Oakland, CA 94619

TOTAL: 1