# Notice Recipients

District/Off: 0971–4    User: admin    Date Created: 10/2/2025
Case: 25–41825    Form ID: 309I    Total: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Mharla Simmons | 5632 Weaver Pl    Oakland, CA 94619 |
| ust | Office of the U.S. Trustee/Oak | Office of the United States Trustee    Phillip J. Burton Federal Building    450 Golden Gate Ave. 5th Fl., #05–0153    San Francisco, CA 94102 |
| tr | Martha G. Bronitsky | P.O. Box 5004    Hayward, CA 94540 |
| smg | Labor Commissioner | 1515 Clay St.    Room 801    Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept.    P.O. Box 942879    Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit    P.O. Box 2952    Sacramento, CA 95812–2952 |
| 15813146 | Selene Finance LP | P.O. Box 71243    Philadelphia, PA 19176 |
| 15813147 | Trustee Corps | 17100 Gillette Ave    Irvine, CA 92614 |

TOTAL: 9