# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: admin | Date Created: 10/2/2025 |
| Case: 25–41825 | Form ID: OFRDI | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee/Oak      USTPRegion17.OA.ECF@usdoj.gov
tr      Martha G. Bronitsky      13trustee@oak13.com

                                                                                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Mharla Simmons      5632 Weaver Pl      Oakland, CA 94619

                                                                                                                                TOTAL: 1