Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266-5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 Case No: |
|---|---|
| Mharla Simmons | 25-41825-WJL13 |

**WITHDRAWAL**
**OF**
**Trustee's Motion to Dismiss Chapter 13 Case for Unreasonable Delay that is Prejudicial to Creditors**

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her Trustee's Motion to Dismiss Chapter 13 Case for Unreasonable Delay that is Prejudicial to Creditors for the above named Chapter 13 Case which was filed on October 22, 2025, same being court docket #16.

Date: November 03, 2025            /s/ Martha G. Bronitsky
                                   Signature of Martha G. Bronitsky
                                   Chapter 13 Standing Trustee