JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for
CAB West LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>Mharla Simmons aka Mharla Reeder aka Mharla Ortega,<br><br>    Debtor. | Case No. 25-41825<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN**<br><br><br><br>Judge: William J. Lafferty |

      Comes now CAB West LLC ("Creditor"), a secured creditor in the above referenced Amended Chapter 13 Plan, and objects to confirmation of Mharla Simmons ("Debtor") proposed Amended Chapter 13 Plan pursuant to 11 U.S.C. §§1322 and 1325 and in support thereof alleges:

1

## I. BACKGROUND

1. On March 29, 2024, Mharla Simmons entered into a Vehicle Lease Agreement ("Lease") on a 2024 Lincoln Nautilus VIN: ending in 7790 ("Vehicle"). A copy of the Lease is attached as **Exhibit "A".**

2. Creditor is the lessor of the Vehicle as evidenced by the Certificate of Title, a true and correct copy of which is attached hereto as **Exhibit B.**

3. On 10/1/2025, Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

4. On 11/05/2025, the Debtor filed a proposed Amended Chapter 13 plan, the proposed Plan does not provide for the Vehicle.

5. Creditor filed a Proof of Claim on 10/07/2025, reflecting a total secured claim of $14,785.80 [Claim #2-1]. A true and correct copy of which is attached as **Exhibit C.**

## II. OBJECTION

1. Creditor objects to confirmation of the proposed plan on the grounds that Debtor has failed to assume or reject the Vehicle Lease. The Vehicle Lease is an unexpired lease of personal property that must be expressly assumed or rejected under the Bankruptcy Code. As the proposed plan does not provide for the Lease or otherwise indicate the Debtor's intent to assume it, Creditor requests that the Lease be deemed rejected. Upon rejection, Debtor shall immediately surrender the Vehicle to Creditor.

2. The Lease matures on 6/29/2027. Creditor demand all sums due under the Lease to be paid upon maturity. The Lease calls for regular payments of $739.29 per month. Debtors' plan provides for payments of $0.00 which will not satisfy the monthly payment obligation under the Lease. Creditor does not consent to a reduction or any modification of the monthly lease payments.

///

///

3. The Plan must comply with all applicable provisions of 11 U.S.C. §1325 to be confirmed. As such, the Amended Plan cannot be confirmed.

Respectfully submitted,

**McCarthy & Holthus, LLP**

11/5/2025

By: /s/ Jennifer C. Wong
Jennifer C. Wong, Esq.
Attorney for CAB West LLC

3
Case: 25-41825    Doc# 33    Filed: 11/05/25    Entered: 11/05/25 14:16:44    Page 3 of 3
File No. CA-25-187489
Objection to Confirmation, Case No. 25-41825